UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN SCHERER-SMITH, | CASE NO. C09-1553MJP |
| Plaintiff, | ORDER ON MOTION TO REVISE CASE SCHEDULE |
| v. | |
| VERIZON COMMUNCIATIONS, et al., | |
| Defendant. | |

The Court, having received and reviewed the Agreed Request for Revised Scheduling Order (Dkt. No. 21), makes the following ruling:

IT IS ORDERED that the request to revise the existing case schedule is DENIED – the motion contains insufficient grounds to establish good cause for a continuance.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 7th day of December, 2010.

Marsha J. Pechman
United States District Judge

ORDER ON MOTION TO REVISE CASE
SCHEDULE- 1